United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 23-14130-JGR |
| Delta, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf904 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delta, LLC, 555 Meeker St, Delta, CO 81416-1920 |
| intp | + | Kapitus Servicing Inc., c/o Scott K. Brown, Anderson Clarkson Brown PLLC, 2158 North Gilbert Road, Suite 114 Mesa, AZ 85203-2111 |
| 19458588 | + | Claire R. Davison, Trial Attorney, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| 19458589 | + | Janet G. Reasoner, Assistant U.S. Trustee, 111 7th Ave SE, Box 17, Cedar Rapids, IA 52401-2103 |
| 19459353 | + | Securities and Exchange Commission, Central Regional Office, 1961 Stout St., Ste. 1700, Denver CO 80294-1700 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19459351 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Oct 03 2023 22:14:21 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood CO 80214-1407 |
| 19459352 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2023 22:08:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 19459354 | + | Email/Text: bankruptcynoticeschr@sec.gov | Oct 03 2023 22:08:00 | Securities and Exchange Commission, Midwest Regional Office, 175 W. Jackson Blvd., Ste. 900, Chicago IL 60604-2815 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 05, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf904 | Total Noticed: 8 |

| Name | Email Address |
|---|---|
| Benjamin Sales | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |
| Eric J. Langston | on behalf of Debtor Delta  LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Scott K. Brown, II | on behalf of Interested Party Kapitus Servicing Inc. sbrown@acjblaw.com  colleen@acjblaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

In re:

DELTA, LLC,
Tax ID: 93-3297102,

Case No. 23-14130-JGR
Chapter 11

Debtor.

## ORDER DISMISSING CASE

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the within case file,

DOES FIND that Delta, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 8, 2023, in the Northern District of Iowa (doc. 1). On September 14, 2023, the case was transferred to the District of Colorado pursuant to 28 U.S.C. § 1412 (doc. 9) as the Northern District of Iowa was not a proper venue. Upon review of the case file, the Court entered a Notice of Deficiency for Omission of Information (doc. 14) and gave the Debtor until September 29, 2023, to comply by providing the following information:

- Corporate Ownership Structure;
- List of Equity Security Holders;
- Statement regarding whether a receiver is in possession of all or any part of Debtor's property (L.B.F. 1007-7.1);
- Most recent balance sheet;
- State of operations;
- Cash flow statement;
- Federal Income Tax Return; or in the alternative;
- A statement under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no federal tax return has been filed

On September 25, 2023, Debtor filed a Motion to Dismiss Case (doc. 27) stating the Debtor does not have a need for bankruptcy protection. On September 29, 2023, the Debtor failed to comply with the Court's Notice for Deficiency (doc. 13).

The Court finds that the failure to respond taken in conjunction with the Motion to Dismiss presents good cause to dismiss.

Accordingly,

IT IS ORDERED that the within case is DISMISSED.

IT IS FURTHER ORDERED that the telephonic hearing (doc. 19) scheduled for October 5, 2023, is hereby vacated.

Dated this 2th day of October, 2023.

BY THE COURT:

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge